# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REGENERATION FINANCE, CORP., *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 12-12835 (CSS)<br><br>Jointly Administered |
| ALFRED THOMAS GIULIANO<br>CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS & CONNOLLY LLP,<br><br>Defendant. | Adv. Proc. No. 14-50087 (CSS)<br><br><u>Response Due</u>: **June 6, 2014** |

## DEFENDANT'S PARTIAL MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7012, defendant Williams & Connolly LLP, by and through its undersigned counsel, hereby moves this Court for an order, in the form attached hereto, dismissing the fraudulent transfer and unauthorized post-petition transfer claims in the above-captioned adversary proceeding for failure to state a claim upon which relief can be granted. The grounds for this motion are more fully set forth in

- 2 -

Defendant's Opening Brief In Support Of Its Partial Motion To Dismiss filed contemporaneously herewith.

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Curtis S. Miller*
                              Curtis S. Miller (DE Bar No. 4583)
                              1201 Market Street
                              P.O. Box 1347
                              Wilmington, Delaware 19899-1347
                              (302) 658-9200

                              *Counsel for Defendant Williams & Connolly LLP*

Dated: May 23, 2014