# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| REGENERATION FINANCE CORP., et al.,[1] | Case No. 12-12835 (CSS) |
|  | Jointly Administered |
| Debtors. |  |
|  | **Related to D.I. No. 90** |
| ALFRED THOMAS GIULIANO, CHAPTER 7 TRUSTEE, |  |
| Plaintiff, |  |
| v. | Adv. Proc. No. 14-50087 (CSS) |
| WILLIAMS & CONNOLLY LLP, |  |
| Defendant. | **Related to D.I. No. 13** |

### ORDER GRANTING MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER APPROVING SETTLEMENT WITH WILLIAMS & CONNOLLY LLP RELATING TO PREFERENTIAL TRANSFERS

Upon consideration of the Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of an Order Approving Settlement with Williams & Connolly LLP (the "Motion")[2]; the Bankruptcy Court having reviewed the Motion and any responses or objections thereto; the Bankruptcy Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Bankruptcy Court having found that notice of the Motion was sufficient and that no other notice need be provided; and good and sufficient cause appearing therefore;

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification numbers, are: Regeneration Finance Corporation (4154); Regeneration Finance LLC (7706); Regeneration Finance Development LLC (7815); RF Santa Monica Development Corp. (2974); RF Santa Monica Hold LLC (4054); RF Douglas Development Corp. (6049); RF BUHSD Development Corp. (3863); RV VCS Development Corp. (6573); RF BESD Hold Corporation (4087); and Western Energy Acquisition Company (8546). For the purpose of the Chapter 7 Cases, the service address for all Debtors is: Regeneration Finance Corporation, 300 First Stamford Place, Suite 450, Stamford, CT.

[2] Capitalized terms used herein but not defined shall have the same meaning as set forth in the Motion.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The relief requested in the Motion is GRANTED.

2. The Settlement entered into between the Trustee and Williams & Connolly LLP is approved.

3. This Court shall retain jurisdiction with respect to any matters arising from or related to the implementation or interpretation of this Order or the Settlement Agreement.

Dated: __2/4__, 2015
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge